**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barbara Ann Washington,<br>    aka Barbara Ann Washington<br> <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-17776 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Matteo S. Weiner, Esquire**
                Matteo S. Weiner, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734