Certificate Number: 05781-PAE-DE-030247373

Bankruptcy Case Number: 17-17776



05781-PAE-DE-030247373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2017</u>, at <u>1:36</u> o'clock <u>PM PST</u>, <u>Barbara Washington</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   December 1, 2017        By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President