United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17776-jkf
Barbara Ann Washington                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa            Page 1 of 2           Date Rcvd: Jan 12, 2018
                              Form ID: 309I         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
```
db         +Barbara Ann Washington,    7960 Thouron Avenue,    Philadelphia, PA 19150-2521
tr         +FREDERICK L. REIGLE,    Chapter 13 Trustee,   2901 St. Lawrence Avenue,    P.O. Box 4010,
             Reading, PA 19606-0410
14015205   +Dr. Joseph D. Divincenzo,    1369 Old York Road,    Abington, PA 19001-3411
14015206   +Dr. Mona Shangold,    PO Box 306,   Moorestown, NJ 08057-0306
14015207   +F.H. Cann and Sssociates, Inc.,    1600 Osgood Street, Suite 20-2-120,
             North Andover, MA 01845-1048
14015208   +KML Law Group, P.C.,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14015209   +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
14015211   +Santander Bank N.a.,   865 Brook St,    Rocky Hill, CT 06067-3444
14015212   +Santander Bank N.a.,   Po Box 12646,    Reading, PA 19612-2646
14029878   +Santander Bank, N.A.,   601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
14015213   +TD Bank,   Operations Center,    PO Box 5093,   Mount Laurel, NJ 08054-5093
14015215   +Weltman, Weinberg & Reis Co., LPA,    170 S. Independence Mall W., Suite 874W,
             Philadelphia, PA 19106-3334
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: dmo160west@gmail.com Jan 13 2018 01:52:52     DAVID M. OFFEN,   The Curtis Center,
             601 Walnut Street,   Suite 160 West,   Philadelphia, PA  19106
smg         E-mail/Text: bankruptcy@phila.gov Jan 13 2018 01:54:39     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:40
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2018 01:54:15     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 13 2018 01:53:52     United States Trustee,
             Office of the U.S. Trustee,   833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14015201   +EDI: CITICORP.COM Jan 13 2018 01:43:00      At&T Universal Citi Card,   Po Box 6500,
             Sioux Falls, SD 57117-6500
14015202   +EDI: CHASE.COM Jan 13 2018 01:43:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14015203   +EDI: WFNNB.COM Jan 13 2018 01:43:00      Comenity Bank/Lane Bryant,   Po Box 182125,
             Columbus, OH 43218-2125
14021008    EDI: DISCOVER.COM Jan 13 2018 01:43:00      Discover Bank,   Discover Products Inc.,
             PO Box 3025,   New Albany, OH 43054-3025
14015204   +EDI: DISCOVER.COM Jan 13 2018 01:43:00      Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
14038383    EDI: RESURGENT.COM Jan 13 2018 01:43:00      LVNV Funding, LLC its successors and assigns as,
             assignee of Citibank, N.A.,   Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
14015210    EDI: PRA.COM Jan 13 2018 01:43:00      Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14032400    EDI: PRA.COM Jan 13 2018 01:43:00      Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk VA 23541
14015214   +EDI: VERIZONEAST.COM Jan 13 2018 01:43:00      Verizon,
             Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
             Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +FREDERICK L. REIGLE,   Chapter 13 Trustee,    2901 St. Lawrence Ave.,   P.O. Box 4010,
             Reading, PA 19606-0410
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: Lisa              Page 2 of 2           Date Rcvd: Jan 12, 2018
                             Form ID: 309I           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Barbara Ann Washington dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC MORTGAGE et. al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Barbara Ann Washington** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–8643** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | Date case filed for chapter  **13   11/15/17** |
| Case number:  **17–17776–jkf** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Barbara Ann Washington | |
| 2. | **All other names used in the last 8 years** | aka Barbara Ann Washington | |
| 3. | **Address** | 7960 Thouron Avenue <br> Philadelphia, PA 19150 | |
| 4. | **Debtor's attorney** <br> Name and address | DAVID M. OFFEN <br> The Curtis Center <br> 601 Walnut Street <br> Suite 160 West <br> Philadelphia, PA 19106 | Contact phone (215) 625–9600 <br> Email: dmo160west@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br> Contact phone (215)408–2800 <br> Date: 1/12/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 9, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/10/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/10/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/14/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $350.00 per month for 60 months. **The hearing on confirmation will be held on: 3/21/18 at 9:30 AM Location: Courtroom #3, 900 Market Street, Philadelphia PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |