Certificate Number: 05781-PAE-DE-030247373

Bankruptcy Case Number: 17-17776



05781-PAE-DE-030247373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2017, at 1:36 o'clock PM PST, Barbara Washington completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 1, 2017              By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President