## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barbara Ann Washington aka Barbara Ann Washington<br>                              Debtor | CHAPTER 13 |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>                              Movant<br>            vs.<br><br>Barbara Ann Washington aka Barbara Ann Washington<br>                              Debtor<br><br>Frederick L. Reigle Esq.<br>                              Trustee | NO. 17-17776 JKF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about April 10, 2018 document No. 15.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

May 29, 2018