```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                            :    CHAPTER 13
     Barbara Ann Washington           :    No. 17-17776-JKF
           Debtor
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on October 8, 2018 on the Chapter 13 Interim Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Kevin G. McDonald on behalf of PNC Mortgage, et al.
bkgroup@kmllawgroup.com

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                               601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

10/08/18