**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re    Barbara Ann Washington            )  Chapter 13
              Debtor                       )
                                           )  No. 17-17776-JKF
                                           )
                                           )

<u>**CERTIFICATION OF NO RESPONSE**</u>

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


<u>/s/David M. Offen</u>
David M. Offen
Attorney for Debtors

Date: 8/19/19