```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                        :    CHAPTER 13
                                 :
   Barbara Ann Washington        :
          Debtor                 :    No. 17-17776-JKF
```

O R D E R

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $7,000.00 has been paid to the Trustee and the Debtor shall pay $350.00 per month for 40 months for a total base amount of $21,000.00 and the Modified Plan attached ~~hereto~~ to the motion as Exhibit "A" shall be the new plan.

**Date: August 28, 2019**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Barbara Ann Washington