United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara Ann Washington  
      Debtor

Case No. 17-17776-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Aug 28, 2019  
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.  
db          +Barbara Ann Washington,    7960 Thouron Avenue,    Philadelphia, PA 19150-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:  
       DAVID M. OFFEN    on behalf of Debtor Barbara Ann Washington dmo160west@gmail.com,  
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       KEVIN G. MCDONALD    on behalf of Creditor    PNC MORTGAGE et. al. bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    PNC MORTGAGE et. al. bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                           TOTAL: 6

```
             IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:                    :    CHAPTER 13
                                   :
         Barbara Ann Washington    :
              Debtor                :    No. 17-17776-JKF
```

O R D E R

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $7,000.00 has been paid to the Trustee and the Debtor shall pay $350.00 per month for 40 months for a total base amount of $21,000.00 and the Modified Plan attached ~~hereto~~ to the motion as Exhibit "A" shall be the new plan.

**Date: August 28, 2019**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Barbara Ann Washington