**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barbara Ann Washington aka Barbara Ann Washington<br>　　　　　　　Debtor(s) | Chapter 13 |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　v.<br>Barbara Ann Washington aka Barbara Ann Washington<br>　　　　　and<br>Scott Waterman<br>　　　　　　Trustee | NO. 17-17776 JKF |

## ORDER

AND NOW, this 19th day of December, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 2, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7960 Thouron Avenue Philadelphia, PA 19150.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jean K. FitzSimon_
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Barbara Ann Washington aka Barbara Ann Washington
7960 Thouron Avenue
Philadelphia, PA 19150

Scott Waterman
2901 St. Lawrence Avenue (VIA ECF)
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532