```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 17-17776-jkf
Barbara Ann Washington                                              Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Antoinett            Page 1 of 2             Date Rcvd: Feb 26, 2020
                               Form ID: pdf900            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Barbara Ann Washington,    7960 Thouron Avenue,    Philadelphia, PA 19150-2521
14015201       +At&T Universal Citi Card,    Po Box 6500,   Sioux Falls, SD 57117-6500
14015202       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14015205       +Dr. Joseph D. Divincenzo,    1369 Old York Road,    Abington, PA 19001-3411
14015206       +Dr. Mona Shangold,   PO Box 306,    Moorestown, NJ 08057-0306
14015207       +F.H. Cann and Sssociates, Inc.,     1600 Osgood Street, Suite 20-2-120,
                 North Andover, MA 01845-1048
14015208       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14077385       +PNC Bank, N.A.,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
14015209       +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
14015211       +Santander Bank N.a.,    865 Brook St,   Rocky Hill, CT 06067-3444
14015212       +Santander Bank N.a.,    Po Box 12646,   Reading, PA 19612-2646
14029878       +Santander Bank, N.A.,    601 Penn Street,   MC 10-6438-FB7,    Reading, PA 19601-3563
14015213       +TD Bank,   Operations Center,    PO Box 5093,   Mount Laurel, NJ 08054-5093
14015215       +Weltman, Weinberg & Reis Co., LPA,    170 S. Independence Mall W., Suite 874W,
                 Philadelphia, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14015203       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2020 03:28:04      Comenity Bank/Lane Bryant,
                 Po Box 182125,   Columbus, OH 43218-2125
14021008        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:27:57      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
14015204       +E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:27:57      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14038383        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:26:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14015210        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:27:38
                 Portfolio Recovery,   Po Box 41067,    Norfolk, VA 23541
14032400        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:27:32
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14015214       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2020 03:27:53
                 Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14069480       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:27:38      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Feb 26, 2020
                               Form ID: pdf900              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

        DAVID M. OFFEN    on behalf of Debtor Barbara Ann Washington dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor    PNC MORTGAGE et. al. bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC MORTGAGE et. al. bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC MORTGAGE et. al. bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| BARBARA ANN WASHINGTON | Bankruptcy No. 17-17776-JKF |
| Debtor | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 26, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE